IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04052-GPG-KAS

DAVID DANEK,

Plaintiff,

v.

FN AMERICA, LLC, also known as FNH USA, INC., and
UMAREX USA, INC.,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Plaintiffs' Unopposed **Motion to Continue/Reschedule Motion Hearing** [#55] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#55] is **GRANTED**. The Motion Hearing set for August 5, 2026, at 9:30 a.m. is **VACATED** and **RESET** to **September 14, 2026**, at **10:00 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Dated: July 23, 2026